# Court of Appeals
# of the State of Georgia

ATLANTA,  September 16, 2015

*The Court of Appeals hereby passes the following order:*

**A16D0011.  IN THE INTEREST OF J. R. P. AND J. R. P., CHILDREN.**

In this child dependency matter, former foster parent Tracy McAteer filed a motion to intervene. The trial court denied the motion, and McAteer filed this application for discretionary appeal. We lack jurisdiction.

The denial of a motion to intervene is not a final, directly appealable order.  See *Davis v. Deutsche Bank National Trust Co.*, 285 Ga. 22, 23 (673 SE2d 221) (2009); *Morman v. Board of Regents of the University System of Georgia*, 198 Ga. App. 544 (402 SE2d 320) (1991).  Accordingly, McAteer was required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court, to obtain appellate review at this time.  See *Murphy v. Murphy*, 322 Ga. App. 829 (747 SE2d 21) (2013) (dismissing appeal from recusal order based on failure to follow the interlocutory appeal procedure). Although McAteer filed an application for discretionary appeal pursuant to OCGA § 5-6-35, compliance with that procedure does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b).  See *Bailey v. Bailey*, 266 Ga. 832 (471 SE2d 213) (1996).  McAteer's failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this application, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*___09/16/2015___
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*